Jill H. Berliner (CA State Bar No. 117201)
jill.berliner@rimonlaw.com
Richard J. Mooney (CA State Bar No. 176486)
richard.mooney@rimonlaw.com
RIMON P.C.
2019 Century Park East #400N
Los Angeles, CA 90067
Telephone:  (310) 935-0805

Attorneys for Petitioners
Martha's Music for the services of William P. Corgan dba the Smashing Pumpkins
Cinderful Music as publishing designee of William P. Corgan

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Subpoena to Google, Inc.

CASE NO. CV 16 80064 MISC

Request to the Clerk for Issuance of Subpoena to Google, Inc. Pursuant to 17 U.S.C. § 512

1  Petitioners Martha's Music for the services of William P. Corgan dba the Smashing
2  Pumpkins and Cinderful Music as publishing designee of William P. Corgan ("Petitioners")
3  respectfully request that the Clerk of this Court issue a subpoena to Google, Inc. ("Google")
4  pursuant to the Digital Millennium Copyright Act and in particular 17 U.S.C. § 512(h) in order to
5  identify one or more alleged copyright infringers who uploaded material protected by Petitioners'
6  copyrights to Google's YouTube channel/site.

7  Petitioners have satisfied the three requirements of 17 U.S.C. § 512(h):

8  1. Copies of the Digital Millenium Copyright Act "take-down notices" sent to
9  Google are attached as Exhibit 1 to the Declaration of Richard of Richard Mooney filed herewith
10 ("Mooney Declaration").

11 2. The proposed subpoena is filed herewith.

12 3. The Mooney Declaration satisfies the statute's declaration requirement, as it
13 confirms under oath that the purpose of the subpoena is to obtain the identity of the alleged infringer
14 or infringers and that the information obtained will be used only for the purpose of protecting
15 Petitioners' rights.

16 Because the statutory requirements have been met, Petitioners respectfully request
17 that the Clerk expeditiously issue the subpoena.

Dated: March 16, 2016    Rimon P.C.

By: _____
Richard Mooney
Attorneys for Petitioners

1

Request for Issuance of Subpoena
*In re Subpoena to Google, Inc.* (Case No. _____)