Jill H. Berliner (CA State Bar No. 117201)
jill.berliner@rimonlaw.com
Richard J. Mooney (CA State Bar No. 176486)
richard.mooney@rimonlaw.com
RIMON P.C.
2019 Century Park East #400N
Los Angeles, CA 90067
Telephone: (310) 935-0805

Attorneys for Petitioners
Martha's Music for the services of William P. Corgan dba the Smashing Pumpkins
Cinderful Music as publishing designee of William P. Corgan

FILED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Subpoena to Google, Inc.

CASE NO. CV 16 80064 MISC.

Declaration of Richard Mooney in Support of Request to the Clerk for Issuance of Subpoena to Google, Inc. Pursuant to 17 U.S.C. § 512

FAXED

I, Richard J. Mooney, declare as follows.

1. I am a partner at Rimon P.C., counsel for Martha's Music for the services of William P. Corgan dba the Smashing Pumpkins and Cinderful Music as publishing designess of William P. Corgan ("Petitioners"), and am admitted to practice in California and before this Court. I make this declaration based on personal knowledge, and if called as a witness I could and would testify competently to the following facts.

2. I am authorized to act for Petitioners in this matter.

3. I submit this declaration in support of Petitioners' request for issuance of a subpoena to Google pursuant to 17 U.S.C. § 512(h) to assist in identifying the person(s) who have uploaded to YouTube material that is protected by Petitioners' copyrights.

4. Pursuant to 17 U.S.C. § 512(c)(3)(A), Petitioners submitted notifications to Google, Inc. identifying the infringing posted content and providing the information required by statute. True and correct copies of those notifications are attached hereto as Exhibit A.

5. The purpose of the subpoena requested is to obtain the identity of an alleged infringer or infringers, and any information obtained will be used only for the purpose of protecting Petitioners' rights.

I declare under penalty of perjury under the laws of the United States and of California that the foregoing is true and correct. Executed on March 16, 2016, in San Francisco, California.

_Richard J. Mooney_
Richard J. Mooney

1

Mooney Decl. ISO Request for Issuance of Subpoena
In re Subpoena to Google, Inc. (Case No. _____)

# EXHIBIT A

**Richard Mooney**

| | |
|---|---|
| **From:** | Les Watkins |
| **Sent:** | Tuesday, March 15, 2016 11:41 AM |
| **To:** | Richard Mooney |
| **Subject:** | FW: Copyright Infringement Notification Confirmation--1 |

**From:** Ben Rodriguez [mailto:benrod1@gmail.com]
**Sent:** Tuesday, March 15, 2016 11:37 AM
**To:** les.watkins@rimonlaw.com
**Cc:** taylor@deckstar.com; B-Rod3000 Rodriguez <ben@deckstar.com>
**Subject:** Fwd: Copyright Infringement Notification Confirmation

---------- Forwarded message ----------
From: **YouTube Service** <noreply@youtube.com>
Date: Mon, Mar 14, 2016 at 11:37 AM
Subject: Copyright Infringement Notification Confirmation
To: benrod1@gmail.com



# Copyright Infringement Notification Confirmation

Thank you for taking the time to submit your copyright complaint to YouTube. We will review your submission shortly.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Deckstar Your Full Legal Name (Aliases, usernames or initials not accepted): Ben Rodriguez Your Title or Job Position (What is your authority to make this complaint?): Marketing Director Address: 8671 Wilshire Blvd Suite 400 Beverly Hills, CA 90211 US Username: Ben Rodriguez Email Address: benrod1@gmail.com Phone: 310-207-1037

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=EiaWyEWo5Wk
- Describe the work allegedly infringed: My company, organization or client's original song

- Title of original song: The Smashing Pumpkins - Machina
- Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Ben Rodriguez

Sincerely,

— The YouTube Team

Help center • Email options • Report spam

©2016 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

--
Best Regards,
**Ben Rodriguez**
Mobile: 619.502.0762
AIM: benrodd1
Skype: benrod10

2

**Richard Mooney**

**From:** Les Watkins
**Sent:** Tuesday, March 15, 2016 11:42 AM
**To:** Richard Mooney
**Subject:** FW: Copyright Infringement Notification Confirmation--3

From: Ben Rodriguez [mailto:benrod1@gmail.com]
Sent: Tuesday, March 15, 2016 11:38 AM
To: les.watkins@rimonlaw.com
Cc: taylor@deckstar.com; B-Rod3000 Rodriguez <ben@deckstar.com>
Subject: Fwd: Copyright Infringement Notification Confirmation

---------- Forwarded message ----------
From: **YouTube Service** <noreply@youtube.com>
Date: Sat, Mar 12, 2016 at 3:19 PM
Subject: Copyright Infringement Notification Confirmation
To: benrod1@gmail.com



# Copyright Infringement Notification Confirmation

Thank you for taking the time to submit your copyright complaint to YouTube. We will review your submission shortly.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Deckstar Your Full Legal Name (Aliases, usernames or initials not accepted): Ben Rodriguez Your Title or Job Position (What is your authority to make this complaint?): Marketing Director Address: 8671 Wilshire Blvd Suite 400 Beverly Hills, CA 90211 US Username: Ben Rodriguez Email Address: benrod1@gmail.com Phone: 310-207-1037

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Xa2Q8DmanJg
- Describe the work allegedly infringed: My company, organization or client's original song

1

- o Title of original song: Machina
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=XeXYZhyGx-U
- Describe the work allegedly infringed: My company, organization or client's original song

- o Title of original song: Machina
- o Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Ben Rodriguez

Sincerely,

— The YouTube Team

Help center • Email options • Report spam

©2016 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

2

--
Best Regards,
**Ben Rodriguez**
Mobile: 619.502.0762
AIM: benrodd1
Skype: benrod10

**Richard Mooney**

| | |
|---|---|
| From: | Les Watkins |
| Sent: | Tuesday, March 15, 2016 11:46 AM |
| To: | Richard Mooney |
| Subject: | FW: Copyright Infringement Notification Confirmation--4 |

**From:** Ben Rodriguez [mailto:benrod1@gmail.com]
**Sent:** Tuesday, March 15, 2016 11:45 AM
**To:** les.watkins@rimonlaw.com
**Cc:** taylor@deckstar.com; B-Rod3000 Rodriguez <ben@deckstar.com>
**Subject:** Fwd: Copyright Infringement Notification Confirmation

---------- Forwarded message ----------
From: **YouTube Service** <noreply@youtube.com>
Date: Fri, Mar 11, 2016 at 12:41 PM
Subject: Copyright Infringement Notification Confirmation
To: benrod1@gmail.com



# Copyright Infringement Notification Confirmation

Thank you for taking the time to submit your copyright complaint to YouTube. We will review your submission shortly.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Deckstar Your Full Legal Name (Aliases, usernames or initials not accepted): Ben Rodriguez Your Title or Job Position (What is your authority to make this complaint?): Marketing Director Address: 8671 Wilshire Blvd Suite 400 Beverly Hills, CA 90211 US Username: Ben Rodriguez Email Address: benrod1@gmail.com Phone: 310-207-1037

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=YZGbQ8iKU_I
- Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - The Pelican And The Snipe
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=gfYGFpSwQZw
- Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Without You
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=P1Ytdo4ttOw
- Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Perfect
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=tIFCfyeBbrl
- Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Dorian
  - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=jKqzEKOGjtw
- Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Burnt Orange-Black (acoustic)

2

  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=cWZSywzOor0
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Smashing Pumpkins - Cardinal Rule
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Lc_uRgAYESk
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Smashing Pumpkins - The Tracer
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=kTEBbpa-0eQ
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Smashing Pumpkins - Muzzle (demo take)
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Fz8T_8CWx9E
- Describe the work allegedly infringed: My company, organization or client's original song

  - Title of original song: The Smashing Pumpkins - X.Y.U. (outtake)
  - Where does the content appear? Entire video

3

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Ben Rodriguez

Sincerely,

— The YouTube Team

Help center • Email options • Report spam

©2016 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

--
Best Regards,
**Ben Rodriguez**
Mobile: 619.502.0762
AIM: benrodd1
Skype: benrod10

4

**Richard Mooney**

| | |
|---|---|
| **From:** | Les Watkins |
| **Sent:** | Wednesday, March 16, 2016 4:13 PM |
| **To:** | Richard Mooney |
| **Subject:** | FW: Copyright Infringement Notification Confirmation |

**From:** Ben Rodriguez [mailto:benrod1@gmail.com]
**Sent:** Wednesday, March 16, 2016 3:20 PM
**To:** Les Watkins <les.watkins@rimonlaw.com>
**Cc:** B-Rod3000 Rodriguez <ben@deckstar.com>
**Subject:** Fwd: Copyright Infringement Notification Confirmation

---------- Forwarded message ----------
From: **YouTube Service** <noreply@youtube.com>
Date: Wed, Mar 16, 2016 at 11:54 AM
Subject: Copyright Infringement Notification Confirmation
To: ElectricFactoryHQ@gmail.com



## Copyright Infringement Notification Confirmation

Thank you for taking the time to submit your copyright complaint to YouTube. We will review your submission shortly.

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Deckstar Your Full Legal Name (Aliases, usernames or initials not accepted): Ben Rodriguez Your Title or Job Position (What is your authority to make this complaint?): Marketing Director Address: 8671 Wilshire Blvd Suite 400 Beverly Hills, CA 90211 US Username: ElectricFactoryTV Email Address: ElectricFactoryHQ@gmail.com Phone: 310-207-1037

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=4_t8NIhJq9s
- Describe the work allegedly infringed: My company, organization or client's original song

1

- - Title of original song: The Smashing Pumpkins - Identify (demo)
    - Where does the content appear? Entire video
  - URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Tvu_00bfNxk
  - Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Where Boys Fear to Tread (rough demo)
    - Where does the content appear? Entire video
  - URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=LPCVNCc-YV8
  - Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Unknown Song Title DEMO
    - Where does the content appear? Entire video
  - URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=juB6VluZb6U
  - Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Home (alt.)
    - Where does the content appear? Entire video
  - URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=EBp-ZaKL2V8
  - Describe the work allegedly infringed: My company, organization or client's original song

2

- - Title of original song: The Smashing Pumpkins - X.Y.U. (outtake)
    - Where does the content appear? Entire video
  - URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=Djlv_M4aWyE
  - Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Without You (electric demo)
    - Where does the content appear? Entire video
  - URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=JIkItIqUcrU
  - Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Glass and the Ghost Children (alt)
    - Where does the content appear? Entire video
  - URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=DqAeq3bIn6U
  - Describe the work allegedly infringed: My company, organization or client's original song

- - Title of original song: The Smashing Pumpkins - Blue Skies Bring Tears (alt)
    - Where does the content appear? Entire video
  - URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=SdvsgG3D558
  - Describe the work allegedly infringed: My company, organization or client's original song

3

- o Title of original song: The Smashing Pumpkins - Raindrops + Sunshowers (alt.)
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=UGg9Kogm0QE
- Describe the work allegedly infringed: My company, organization or client's original song

  - o Title of original song: The Smashing Pumpkins - Cottonwood Symphony (demo)
  - o Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube account.

Authorized Signature: Ben Rodriguez

Sincerely,

— The YouTube Team

Help center • Email options • Report spam

©2016 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

4

--
Best Regards,
**Ben Rodriguez**
Mobile: 619.502.0762
AIM: benrodd1
Skype: benrod10